## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **LEROY HILL,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.  3:16-cv-326** |
| **RUBIE CADE, JR., ANDREW MILLER,** | § | |
| **and CONWAY TRUCKLOAD, INC.,** | § | |
| **Defendants.** | § | |

### INDEX OF DOCUMENTS

COMES NOW, CON-WAY TRUCKLOAD, INC. (hereinafter referred to as "Defendant"), Defendant in the above-entitled and numbered civil action, and submits this its Index of Documents filed in the State Court Action, pursuant to the Federal Rules of Civil Procedure, and which are attached to Defendant's *Notice of Removal*:

| | **Document** | **Date** |
|---|---|---|
| 1. | Plaintiff's Original Petition | 01/20/16 |
| 2. | Notice of Initial Dismissal Hearing | 02/01/16 |
| 3. | Motion for Substitute Service of Process | 02/04/16 |
| 4. | Order on Plaintiff's Motion for Substituted Service | 02/04/16 |
| 5. | Original Answer of Defendant Con-Way Truckload, Inc. | 02/05/16 |
| 6. | Defendant's Jury Demand | 02/05/16 |
| 7. | Defendant's Notice of Removal | 02/05/16 |
| 8. | State Court Docket Sheet | 02/05/16 |



Respectfully submitted,

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY**
  **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**CON-WAY TRUCKLOAD, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure on this the __5th__ day of February, 2016.

**CMRRR 9214 7969 0099 9790 1605 9534 01**
Felipe B. Link
Perez & Link, P.L.L.C.
4131 North Central Expy., Suite 360
Dallas, Texas  75204

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**

Respectfully submitted,

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY**
**& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**CON-WAY TRUCKLOAD, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure on this the __5th__ day of February, 2016.

**CMRRR 9214 7969 0099 9790 1605 9534 01**
Felipe B. Link
Perez & Link, P.L.L.C.
4131 North Central Expy., Suite 360
Dallas, Texas 75204

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**

FILED
DALLAS COUNTY
1/20/2016 9:39:13 AM
FELICIA PITRE
DISTRICT CLERK

Tonya Pointer

CAUSE NO. DC-16-00555

| | | |
|---|---|---|
| LEROY HILL | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | L-193RD  JUDICIAL DISTRICT |
| | § | |
| RUBIE CADE, JR., ANDREW MILLER, | § | |
| AND CON-WAY TRUCKLOAD, INC., | § | |
| | § | DALLAS COUNTY, TEXAS |
| Defendants. | § | |

## PLAINTIFF'S ORIGINAL PETITION
## AND REQUEST FOR DISCLOSURE

COMES NOW, LEROY HILL, Plaintiff in the above-entitled and numbered cause of action, complaining of Defendants, RUBIE CADE, JR., ANDREW MILLER, and CON-WAY TRUCKLOAD, INC., and in support thereof would respectfully show the Court as follows:

### I.
### DISCOVERY CONTROL PLAN (LEVEL 2)

1.1    Pursuant to TEX. RULE OF CIV. P. 190.3, the discovery of this case is to be conducted under Level 2 Discovery Control Plan.

### II.
### PARTIES

2.1    Leroy Hill ("Plaintiff") is a resident of Desoto, Dallas County, Texas.

2.2    Rubie Cade, Jr. ("Defendant Cade") is an individual resident of the State of Texas who can be served with process at his place of residence, 3617 Cripple Creek, Dallas, Texas 75224.

2.3    Andrew Miller ("Defendant Miller") is an individual resident of the State of Texas who can be served with process at his place of residence, 1739 North 7th Street, Lebanon, PA 17046.

2.4.    Con-way Truckload, Inc. ("Defendant Con-way") is a company doing business in Missouri and may be served with process pursuant to TRCP 106(a)(1) and/or (2) by delivering, in person, or mailing by registered or certified mail, return receipt requested, a true copy of the citation and petition to its registered agent, **Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7ᵗʰ Street, Suite 620, Austin, Texas 78701.**

## III.
## JURISDICTION and VENUE

3.1    This Court has jurisdiction in this cause since the damages to Plaintiff are within the jurisdictional limits of this Court.

3.2    Venue is proper pursuant to TEX. CIV. PRAC. & REM. CODE §15.002 because the motor-vehicle collision in question occurred in Dallas County, Texas.

3.3    All conditions precedent have occurred.

3.4    No action on the part of Plaintiff caused or contributed to this occurrence.

## IV.
## CLAIM FOR RELIEF

4.1    Pursuant to TEX. RULE OF CIV. P. 47(c)(4), Plaintiff's claim for monetary relief is over $200,000.00 but not more than $1,000,000.00.

## V.
## FACTS

5.1    On or about February 24, 2014, Plaintiff was a passenger in a motor-vehicle being driven by Defendant Cade on Wintergreen in Lancaster, Texas. Defendant Cade then turned right onto the service road of I-35. At said time and place, Defendant Miller was also operating a vehicle on the service road of I-35. Due to the negligence of one or both drivers, a collision occurred between the two vehicles, causing severe injuries to Plaintiff.

## VI.
## NEGLIGENCE CAUSE OF ACTION

6.1    On the occasion in question, Defendants Miller and/or Cade operated their respective vehicles in a negligent manner and violated the duty of care owed to the Plaintiff to exercise ordinary care in the operation of a motor-vehicle, as follows:

a.    In failing to yield the right of way in violations of TEX. TRANS. CODE § 545.152;

b.    In failing to maintain a proper lookout as a person of ordinary prudence would have maintained under the same or similar circumstances;

c.    In failing to control the operation of said vehicle;

d.    In failing to avoid the incident in question;

e.    In operating the vehicle in an unsafe manner;

f.    By driving at a speed greater than reasonable and prudent under the circumstances then existing in violations of TEX. TRANS. CODE § 545.351; and

g.    Other acts or negligence and/or negligence per se.

6.2    Each of the foregoing acts or omissions, whether taken singularly or in any combination, constitutes negligence, and was a proximate cause of Plaintiff's injuries and damages listed below.  As a result, the Plaintiff is entitled to recover such damages as may be awarded by the trier of fact, including punitive and exemplary damages.

## VII.
## NEGLIGENT ENTRUSTMENT

7.1    Plaintiff would show that said collision made the basis of this lawsuit resulted from the negligence of Con-way Truckload, Inc. in negligently entrusting a vehicle to Andrew Miller when it knew or should have known that Andrew Miller was an incompetent and/or reckless driver.

Plaintiff would show that Andrew Miller was negligent on the occasion in question and that negligence proximately caused the Plaintiff's injuries.

## VIII.
## RESPONDEAT SUPERIOR

8.1     At all times material to this lawsuit, Andrew Miller was an employee of Con-way Truckload, Inc. and was acting within the course and scope of that employment. Consequently Con-way Truckload, Inc. is vicariously liable to Plaintiff for the negligent and/or negligent per se conduct of Andrew Miller under the doctrine of *respondeat superior*.

## IX.
## NEGLIGENT EMPLOYMENT CAUSE OF ACTION

9.1     Plaintiff would show that said collision made the basis of this lawsuit resulted from the negligence of Con-way Truckload, Inc. Such negligent and/or negligent *per se* acts or omission include, but are not limited to the following:

  a.     hiring and/or retaining Andrew Miller, whom it knew or should have known was a reckless or incompetent driver;

  b.     entrusting a vehicle to Andrew Miller, whom it knew or should have known was a reckless or incompetent driver;

  c.     failing to properly investigate Andrew Miller's driving and employment history;

  d.     failing to properly train Andrew Miller;

  e.     failing to properly supervise Andrew Miller's driving activities;

  f.     failing to maintain the vehicle involved in the collision in proper working;

  g.     failing to properly repair the vehicle involved in the collision;

  h.     failing to properly inspect the vehicle involved in the collision in question; and

  i.     other acts of negligence and/or negligence *per se*.

9.2     One, some, or all of the foregoing acts and/or omissions or others on the part of Andrew Miller constituted negligence and/or negligence *per se* and such negligence and/or negligence *per se* was a proximate cause of the occurrence and Plaintiff's injuries and damages.

## X.
## INDIVISIBLE INJURY

10.1     Plaintiff would show that negligence of the Defendants joined to produce an indivisible injury to Plaintiff that cannot be apportioned with reasonable certainty to any individual defendant. Accordingly, each defendant is jointly and severally liable for the entire amount of Plaintiff's damages.

## XI.
## DAMAGES

11.1     As a result of the incident made the basis of this lawsuit described in the preceding paragraphs and the negligence and/or negligence per se of Defendants, Plaintiff sustained significant injuries and damages in the past and will in reasonable probability sustain these damages in the future.

11.2     Plaintiff respectfully requests that the trier of fact determine the amount of the damages and losses that incurred in the past and will reasonably incur in the future, as well as the monetary value of these damages, which include, but are not limited to:

    a.     Physical pain and mental anguish;

    b.     Disfigurement;

    c.     Physical impairment;

    d.     Medical care expenses;

    e.     Loss of earning capacity; and

    f.     Out-of-pocket economic losses.

## XII.
## CLAIM FOR PREJUDGMENT
## AND POST-JUDGMENT INTEREST

12.1    Plaintiff herein claims interest in accordance with TEX. FINANCE CODE §304.001 *et seq.* and any other applicable law.

## XIII.
## REQUESTS FOR DISCLOSURE

13.1    Pursuant to Rule 194, request is made that each Defendant disclose, within fifty (50) days of service of this request, the information or material described in TEX. RULE OF CIV. P. 194.2 (a)-(l).

## XIV.
## RULE 193.7 NOTICE

14.1    Pursuant to TEX. RULE OF CIV. P. 193.7, Plaintiff hereby gives actual notice to Defendants that any and all documents produced may be used against the Defendant producing the document at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited in terms of law to appear and answer herein, that upon final trial and hearing hereof, that Plaintiff recover damages in accordance with the evidence, that Plaintiff recover punitive or exemplary damages, that Plaintiff recover costs of court herein expended, that Plaintiff recover interest to which Plaintiff is justly entitled under the law, and for such other further relief, both general and special, both in law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

BY: _____

**FELIPE B. LINK**
State Bar No. 24057968
**PEREZ & LINK, P.L.L.C.**
4131 North Central Expy., Ste. 360
Dallas, Texas 75204
Telephone: (214)521-4394
Facsimile: (214)521-5871
E-Mail: flink@perezandlink.com

**ATTORNEY FOR PLAINTIFF**



DC-16-00555

| | |
|---|---|
| **LEROY HILL** | **IN THE DISTRICT COURT** |
| **vs.** | **193RD JUDICIAL DISTRICT** |
| **RUBIE CADE, JR., et al** | **DALLAS COUNTY TEXAS** |

<u>**NOTICE OF INITIAL DISMISSAL HEARING**</u>

Counsel or Pro Se Plaintiff:

This case is set for a hearing on the Initial Dismissal Docket, as per Tex. R. Civ. P. 165a, for **THURSDAY, May 19, 2016,** at 1:30 p.m. in the 193rd District Court Courtroom.

1. If no Defendant has been served as evidenced by no return of citation having been filed with the court on or before the Dismissal Hearing, the case is subject to being dismissed at the Dismissal Hearing;

2. If service has been made on a Defendant, but no answer has been filed (and any such answer is past due before the Dismissal Hearing Date), you must obtain a default judgment on or before the Dismissal Hearing, or the case is subject to being dismissed at the Dismissal Hearing. You are encouraged to submit requests for default by submission with affidavit.

3. If service on at least one Defendant has been made and the citation has been returned to the Court before the Dismissal Hearing, but the time to file an answer has not yet expired, then the Dismissal Hearing is hereby reset for the Friday four weeks following the initial date of the Dismissal Hearing (*i.e.* the date listed above). (If this Friday falls on a holiday, the Dismissal Hearing is reset to the next Friday that is not a holiday.) No further dismissal notice will be sent, and you are expected to obtain a default judgment before the reset date of the Dismissal Hearing, or the case is subject to being dismissed.

4. If an answer is filed on or before the Dismissal Hearing, the case will be referred to the Court Coordinator to be set for trial, if not already set.

SIGNED this February 01, 2016

*Carl Ginsberg*

_____

The Honorable Carl Ginsberg
193rd Judicial District Court

FILED
DALLAS COUNTY
2/4/2016 10:47:31 AM
FELICIA PITRE
DISTRICT CLERK

CAUSE NO. DC-16-00555

| LEROY HILL | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 193RD JUDICIAL DISTRICT |
| | § | |
| RUBIE CADE, JR., ANDREW MILLER, | § | |
| AND CON-WAY TRUCKLOAD, INC., | § | |
| | § | DALLAS COUNTY, TEXAS |
| Defendants. | § | |

## MOTION FOR SUBSTITUTE SERVICE OF PROCESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LEROY HILL, Plaintiff in the above-styled and numbered cause of action files this Motion for Substitute Service of Process asking the Court to authorize substitute service on Defendant Rubie Cade Jr. and in support thereof would show unto the Court as follows:

1. Defendant Rubie Cade Jr.'s usual place of abode is 3617 Cripple Drive, Dallas, Texas 75224.

2. Plaintiff has attempted to serve Defendant on 1/21/16, 1/22/16, 1/23/16, 1/27/16 and 2/1/16, by personal delivery, but has not been successful. Attached hereto as Exhibit "A" is the Affidavit of Process Server from Nicolas Valenzuela verifying the usual place of abode of Defendant and describing the attempts made at service. Plaintiff incorporates the Affidavit by reference as if stated verbatim herein.

3. Pursuant to Rule 106(b) of the Texas Rules of Civil Procedure, Plaintiff asks the Court to authorize him to serve Defendant by leaving a true copy of the Citation and attached

Petition by posting to same to the front door at the Defendant's usual place of residence, or by serving anyone over the age of sixteen (16) at his residence.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court grant this Motion for Substitute Service of Process and issue the attached Order granting the relief requested.

Respectfully submitted,

BY: _____
**FELIPE B. LINK**
State Bar No. 24057968
**PEREZ & LINK, PLLC**
4131 North Central Expy., Ste. 360
Dallas, Texas 75204
Telephone: (214)521-4394
Facsimile: (214)521-5871
E-Mail: flink@perezandlink.com

**ATTORNEY FOR PLAINTIFF**

# EXHIBIT A

## AFFIDAVIT IN SUPPORT OF MOTION FOR SUBSTITUTED SERVICE

| | | |
|---|---|---|
| STATE OF TEXAS | )( | CAUSE # DC-16-00555 |
| COUNTY OF DALLAS | )( | 193rd DISTRICT COURT |

1. My name is **Nicolas P. Valenzuela** I'm a private process server. My SCH # is 4109, I'm over the age of 18 years, and competent to make this affidavit.

2. "Defendant" refers to as **Rubie Cade Jr.**

3. "Stated address" refers to **3617 Cripple Creek Drive Dallas, TX 75224.**

4. I know that the stated address is defendant's usual place of abode because **The Defendant's brother, confirm defendant lives at the home.**

5. I have personal knowledge of the matters stated here in and this affidavit is true, I believe that service by posting at the front entry door of the stated address, or by delivering process to someone over the age of sixteen years at the location will inform defendant of the pending suit. I personally have attempted to serve the defendant by delivering the citation to the defendant as stated in Paragraph 6 and I was unable to deliver the citation.

6. The following are my specific attempt to serve the defendant at the stated address. On the date indicated I went to the stated address with the results indicated.


Date          Time          Result

1/21/16      5:56pm.      I attempted service at 3617 Cripple Creek Drive Dallas, TX 75224. I knocked on the door with no response so I left a business near the front door for the defendant to call me regarding his legal documents.

1/22/16      12:32pm.      I attempted service at 3617 Cripple Creek Drive Dallas, TX 75224. I knocked on the door Ken Harper said the defendant is his brother whom was not home but lives at the residence. I gave him a business card for the defendant to call me about his legal documents.

1/23/16      8:21am.      I attempted service at 3617 Cripple Creek Drive Dallas, TX 75224. I knocked on the door with no response at the residence.

1/27/16      8:42pm.      I attempted service at 3617 Cripple Creek Drive Dallas, TX 75224. I knocked on the door and an older African American female answered the door later identified as Carol (she refused to provide her last name). She reported that the defendant is her brother and he was not home at this time. I provided her my business card to pass along to the defendant so he could call me about his legal documents. A few minutes later, I received a call from the defendant from phone number (972) 201-4906 as he identified himself. He said he does not want his legal documents as he feels the accident was not his fault. He said he did not want to meet me to accept service and to return the court papers back who ever gave them to me.

2/1/16        10:53am.    I attempted service at 3617 Cripple Creek Drive Dallas, TX 75224.
I knocked on the door with no response so I left a business on the front door for the
defendant to call me regarding his legal documents.

_____

_____
     Nicolas Valenzuela        Process Server SC# 4109 / Exp. 7-31-17

SUBSCRIBED AND SWORN TO, before me on this  3  day of  February  , 2016

_____
Notary Public in and for the State of Texas

MONICA PEREZ
Notary Public, State of Texas
Comm. Expires 05-10-2018
Notary ID 128266339

360L
000696

CAUSE NO. DC-16-00555

| | | |
|---|---|---|
| **LEROY HILL** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **193RD JUDICIAL DISTRICT** |
| | § | |
| **RUBIE CADE, JR., ANDREW MILLER,** | § | |
| **AND CON-WAY TRUCKLOAD, INC.,** | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **Defendants.** | § | |

## ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE

ON THIS DAY came on to be heard Plaintiff's Motion for Substituted Service and, after considering the Motion and supporting Affidavit, the Court finds that Plaintiff's attempts to serve Defendant Rubie Cade Jr. has been unsuccessful and finds the substitute service requested in Plaintiff's Motion will be reasonably effective to give Defendant Rubie Cade Jr. notice of the suit.

THEREFORE, IT IS ORDERED that Plaintiff is authorized to substitute service on Defendant Rubie Cade Jr. by leaving a true copy of the Citation, the Petition in this cause, and this Order with anyone more than sixteen (16) years of age at the Defendant's usual place of abode, 3617 Cripple Creek Drive, Dallas, Texas 75224, or by attaching said process to the front door of the same.

Signed this ___4th___ day of ___Fr bruary___, 2016.

_____
JUDGE PRESIDING



E-FILED

## CAUSE NO. DC-16-00555

| | |
|---|---|
| **LEROY HILL,** | § **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § |
| | § |
| **v.** | § **DALLAS COUNTY, TEXAS** |
| | § |
| **RUBIE CADE, JR., ANDREW MILLER** | § |
| **and CON-WAY TRUCKLOAD, INC.,** | § |
| **Defendants.** | § **193rd JUDICIAL DISTRICT** |

## ORIGINAL ANSWER OF DEFENDANT CON-WAY TRUCKLOAD, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **CON-WAY TRUCKLOAD, INC.** (hereinafter "Defendant"), Defendant in the above-entitled and numbered cause, and makes and files this its Original Answer, showing unto the Court as follows:

### I.

### GENERAL DENIAL

Subject to such stipulations and admissions as may be made hereafter, this Defendant hereby enters a general denial as permitted by Rule 92 of the Texas Rules of Civil Procedure, and requests that Plaintiff be required to prove by a preponderance of the evidence the charges and allegations which he has made against this Defendant and to do so before a jury composed of twelve (12) citizens of this County as is required by the laws and Constitution of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that judgment be rendered, that Plaintiff take nothing by this suit and that Defendant be permitted to go hence without delay and recover its costs in its behalf expended, and for such other and further relief, general and specific, legal and equitable, to which Defendant may be justly entitled.

Respectfully submitted,

*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY**
 **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas  75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT
CON-WAY TRUCKLOAD, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the  5th   day of February, 2016.

**CMRRR 9214 7969 0099 9790 1605 9534 01**
Felipe B. Link
Perez & Link, P.L.L.C.
4131 North Central Expy., Suite 360
Dallas, Texas  75204

*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**



CAUSE NO. DC-16-00555

| | |
|---|---|
| **LEROY HILL,** | § **IN THE DISTRICT COURT OF** |
|         **Plaintiff,** | § |
| | § |
| **v.** | § **DALLAS COUNTY, TEXAS** |
| | § |
| **RUBIE CADE, JR., ANDREW MILLER** | § |
| **and CON-WAY TRUCKLOAD, INC.,** | § |
|         **Defendants.** | § **193rd JUDICIAL DISTRICT** |

<u>**DEFENDANT'S JURY DEMAND**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **CON-WAY TRUCKLOAD, INC.** (hereinafter "Defendant"), and demands a jury trial of all issues of fact in this lawsuit.

The filing of this Jury Demand, however, is not a request that the matter be set for trial at this time or that the matter be placed on the Court's docket at this time.

Respectfully submitted,


*/s/ D. Randall Montgomery*
_____
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY**
   **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas  75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the _5th_   day of February, 2016.

**CMRRR 9214 7969 0099 9790 1605 9534 01**
Felipe B. Link
Perez & Link, P.L.L.C.
4131 North Central Expy., Suite 360
Dallas, Texas  75204

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**

CAUSE NO. DC-16-00555

| | | |
|---|---|---|
| **LEROY HILL,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **RUBIE CADE, JR., ANDREW MILLER** | § | |
| **and CON-WAY TRUCKLOAD, INC.,** | § | |
| **Defendants.** | § | **193rd JUDICIAL DISTRICT** |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on February 5, 2016, Defendant Con-Way Truckload, Inc. filed a

Notice of Removal of the above-captioned action with the United States District Court for the

Northern District of Texas, Dallas Division, a copy of which is attached hereto.

Respectfully submitted,

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY**
 **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**CON-WAY TRUCKLOAD, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the ___5th___ day of February, 2016.

**VIA E-FILE AND**
**CMRRR 9214 7969 0099 9790 1605 9534 01**
Felipe B. Link
Perez & Link, P.L.L.C.
4131 North Central Expy., Suite 360
Dallas, Texas  75204


*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**

## DC-16-00555 - LEROY HILL vs. RUBIE CADE, JR., et al

Case Number: DC-16-00555
File Date: 01/20/2016
Case Status: OPEN

Court: 193rd District Court
Case Type: MOTOR VEHICLE ACCIDENT

PLAINTIFF : HILL, LEROY
Address:
  4131 N. Central Expressway
  Suite 360
  Dallas TX 75204

### Active Attorneys
#### Lead Attorney:
**LINK, FELIPE B.**
Retained
Work Phone: 214-521-4394
Fax Phone: 214-521-5871

DEFENDANT : CADE, JR., RUBIE
Address:
  3617 CRIPPLE CREEK
  DALLAS TX 75224

DEFENDANT : MILLER, ANDREW
Address:
  1739 NORTH 7TH STREET
  LEBANON PA 17046

DEFENDANT : CON-WAY TRUCKLOAD, INC.
Address:
  BY SERVING REGISTERED AGENT CORPORTION SERVICE COMPANY
  D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
  211 E. 7TH STREET STE 620
  AUSTIN TX 78701

## 01/20/2016 NEW CASE FILED (OCA) - CIVIL
## 01/20/2016 ORIGINAL PETITION
POP.pdf
Comment: Petition
## 01/20/2016 ISSUE CITATION
ISSUE CITATION
ISSUE CITATION
ISSUE CITATION
## 01/21/2016 CITATION

| | |
|---|---|
| Anticipated Server: ATTY | Anticipated Method: |
| Anticipated Server: ATTY | Anticipated Method: |
| Anticipated Server: ATTY | Anticipated Method: |

Comment: ATTY - PE
## 02/04/2016 MOTION - SUBSTITUTE SERVICE
Hill - Mtn for Sub Service - Rubie Cade.pdf
## 02/04/2016 NON-SIGNED PROPOSED ORDER/JUDGMENT
Order on Mtn for Sub Service - Rubie Cade.pdf

Comment: PROPOSED SU HSTITUTEII SERVICE
## 02/04/2016 ORDER - SUBSTITUTE SERVICE
ORDER - SUBSTITUTE SERVICE
## 05/19/2016 DISMISSAL FOR WANT OF PROSECUTION
Judicial Officer: GINSBERG, CARL
Hearing Time: 1:30 PM


POP.pdf
ISSUE CITATION
ISSUE CITATION
ISSUE CITATION
Hill - Mtn for Sub Service - Rubie Cade.pdf
Order on Mtn for Sub Service - Rubie Cade.pdf
ORDER - SUBSTITUTE SERVICE